FILED

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT
(at Bridgeport)

| | | |
|---|---|---|
| WINTHROP HOUSE ASSOCIATION, INC., | ) | Case No.: |
| | ) | 3-00-CV-328-AHN |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | |
| | ) | |
| BROOKSIDE ELM ASSOCIATES LIMITED PARTNERSHIP, | ) | |
| NESK CORPORATION, | ) | |
| COMPETROL REAL ESTATE LIMITED, | ) | |
| OLAYAN AMERICA CORPORATION, | ) | |
| COLLINS ENTERPRISES, LLC, | ) | |
| COLLINS PROPERTIES, LLC, | ) | |
| PREISS/BREISMEISTER P.C., | ) | |
| NEIL H. SMITH, | ) | |
| EDMOND A. KAVOUNAS, | ) | |
| ARTHUR COLLINS, II, | ) | |
| FREDERICK A. PREISS, and | ) | |
| COLLINS CLOSE, LLC, | ) | |
| | ) | |
| Defendants. | ) | January 30, 2004 |

**PLAINTIFF'S MOTION FOR EXTENSION OF TIME**

ISSUE:   *Did the Declarant properly disclaim the*
         *implied warranties and/or express warranties?*

---

The plaintiff in the above-entitled Action, **Winthrop House Association, Inc.** (the "Association"), hereby files this Local Rule 9(b) Motion for Extension of Time with regard to filing its Local Rule 72.2(a) Objection to the 12/19/03 Opinion of the *Hon.* Holly B. Fitzsimmons, with respect to the above-referenced matter, as follows:

- 1 -

*Plaintiff's Motion for Extension of Time*                                                    *January 30, 2004*

    1.    **The Basis for this Motion**.  The undersigned received the 12/19/03 Opinion on 1/23/04 when my Secretary printed it from the Court's website.  I did not receive any notice that opinions from the Court were not going to be mailed to Counsel but instead had to be downloaded until opposing counsel informed me of the same late in the day on 1/22/04. (I was under the understanding that all documents from the Court would be mailed to Counsel, such as the Notice of the 2/12/04 Pretrial Conference which I received via mail from the Court on 1/24/04.)  Thus, this Motion is being filed within ten days of 1/23/04.  In addition, although Judge Nevas on 6/27/01 had Ordered (copy attached) that Magistrate Judge Fitzsimmons was to issue an "advisory opinion", however, without notice to any Counsel, Magistrate Judge Fitzsimmons determined (12/19/03 Opinion, p. 2) that her opinion was to be a decision of the Court. Although the undersigned respectfully does not believe that Magistrate Judge Fitzsimmons has the authority (without notice to Counsel and without a new Order from Judge Nevas) to issue a decision, in contrast to an advisory opinion, nonetheless, if it is determined that the 12/19/03 Opinion is not an advisory opinion, but a decision of the Court, then, the Association respectfully requests the relief set forth in Paragraph 2 hereof.

    2.    **Relief Requested**.  The undersigned respectfully requests that the time deadlines for filing its Opposition Memorandum with respect to the 12/19/03 Opinion, and its Local Rule 56(a)(1) Statement of Material Facts (and underlying Affidavits and other evidentiary materials), be set at the 2/12/04 Pretrial Conference that is scheduled with the Court.

3. **Local Rule 9(b)(3) Statements**.  The undersigned has inquired of opposing counsel, as follows: (i) per Attorney Dighello on 1/30/04, he has no position with regard to this Motion; and (ii) Attorney Milas is out of her Office until 2/2/04 and therefore was unable to express her position.  In addition, this is to confirm that no previous Motions for Extension of Time have been requested by any party in connection with the 12/19/03 Opinion.

• DATED January 30, 2004 at Greenwich, Connecticut.

                               PLAINTIFF

By: _____
         Philip H. Bartels
For: Holland, Kaufmann & Bartels, LLC
       Its Attorneys
       289 Greenwich Avenue
       Greenwich, CT 06830
       (203) 869-5600 - (FAX) 869-4648
       Federal Bar No. ct06836

**CERTIFICATION**

THIS IS TO CERTIFY that a copy of the foregoing shall be mailed this day, postage prepaid, to all formal and informal Counsel of Record, and other relevant persons, on January 30, 2004:

| | |
|---|---|
| Jane I. Milas, Esq.<br>Garcia & Mills<br>44 Trumbull Street<br>New Haven, CT 06510-1001` | Richard M. Dighello, Jr., Esq.<br>Updike, Kelly & Spellacy<br>One State Street<br>P.O. Box 231277<br>Hartford, CT 06123-1277 |
| Thomas W. Witherington, Esq.<br>Cohn Birnbaum & Shea, PC<br>100 Pearl Street<br>Hartford, CT 06103-4500 | Robert A. Rubin, Esq.<br>(The Parties' Mediator)<br>Postner & Rubin<br>17 Battery Place<br>New York, NY 10004-1101 |

                                                       _____
                                                       Philip H. Bartels

UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | |
|---|---|
| WINTHROP HOUSE | : |
| V. | : Case No. 3:00cv328(AHN) |
| BROOKSIDE ELM ET AL | : |

REFERRAL TO MAGISTRATE JUDGE

This case is referred to Magistrate Judge Holly B. Fitzsimmons for the following purposes:

\_\_\_ All purposes, including trial upon written consent by all parties (orefcs.)

\_\_\_ A ruling on all pretrial motions except dispositive motions (orefmisc./dscv)

\_\_\_ To supervise discovery and resolve discovery disputes (orefmisc./dscv)

\_\_\_ A ruling on the following motion which is currently pending:(orefm.)

\_\_\_ A settlement conference: (orefmisc./cnf)

\_\_\_ A conference to discuss the following: (orefmisc./cnf)

_X_ Other: An advisory opinion on the following question: Did the Declarant properly exclude the implied warranties and/or express warranties? (orefmisc./misc)

SO ORDERED this 27th day of June, 2001 at Bridgeport, Connecticut.

Alan H. Nevas
United States District Judge