#52

FILED

# UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT
### (at Bridgeport)

US DISTRICT
BRIDGEPORT

| | | |
|---|---|---|
| WINTHROP HOUSE ASSOCIATION, INC., | ) | Case No.: |
| | ) | 3-00-CV-328-AHN |
| Plaintiff, | ) | |
| v. | ) | |
| | ) | |
| BROOKSIDE ELM ASSOCIATES LIMITED PARTNERSHIP, | ) | |
| NESK CORPORATION, | ) | |
| COMPETROL REAL ESTATE LIMITED, | ) | |
| OLAYAN AMERICA CORPORATION, | ) | |
| COLLINS ENTERPRISES, LLC, | ) | |
| COLLINS PROPERTIES, LLC, | ) | |
| PREISS/BREISMEISTER P.C., | ) | |
| NEIL H. SMITH, | ) | |
| EDMOND A. KAVOUNAS, | ) | |
| ARTHUR COLLINS, II, | ) | |
| FREDERICK A. PREISS, and | ) | |
| COLLINS CLOSE, LLC, | ) | |
| | ) | |
| Defendants. | ) | January 30, 2004 |

2/10/04 SO ORDERED GRANTED
ALAN H. NEVAS, U.S.D.J.

## PLAINTIFF'S MOTION FOR EXTENSION OF TIME

ISSUE:   *Did the Declarant properly disclaim the implied warranties and/or express warranties?*

The plaintiff in the above-entitled Action, **Winthrop House Association, Inc.** (the "Association"), hereby files this Local Rule 9(b) Motion for Extension of Time with regard to filing its Local Rule 72.2(a) Objection to the 12/19/03 Opinion of the *Hon.* Holly B. Fitzsimmons, with respect to the above-referenced matter, as follows:

- 1 -