PTC Held
2-12-04

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

Pretrial Conference Calendar

Honorable Alan H. Nevas, U. S. D. J.
915 Lafayette Boulevard
Bridgeport
Courtroom #3

February 12, 2004

10:00 a.m.

CASE NO. **3:00cv328 (AHN)**     <u>Winthrop House v Brookside Elm</u>

**Philip H. Bartels** ✓
**Holland Kaufmann & Bartels**
**289 Greenwich Avenue**
**Greenwich, CT 06830-6595**

Jane I. Milas ✓
Raymond A. Garcia
Garcia & Milas
44 Trumbull Street
New Haven, CT 06510

Donald W. Doeg
Richard M. Dighello ✓
Updike, Kelly & Spellacy, P.C.
One State St., Po Box 231277
Hartford, CT 06123-1277

Thomas W. Witherington
Cohn, Birnbaum & Shea      wn't be attending
100 Pearl St.
Hartford, CT 06103-4500

BY THE COURT
KEVIN F. ROWE, CLERK

Any request for postponement should be addressed to Alice Montz
at 203 579-5952