UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT
(at Bridgeport)

FILED
2004 APR -1  A 11: 54
U.S. DISTRICT COURT
BRIDGEPORT, CONN

| | |
|---|---|
| WINTHROP HOUSE ASSOCIATION, INC., ) | Case No.: |
| ) | 3-00-CV-328-AHN |
| Plaintiff, ) | |
| v. ) | |
| BROOKSIDE ELM ASSOCIATES LIMITED PARTNERSHIP, ) | |
| et al. ) | |
| Defendants. ) | March 31, 2004 |

**PLAINTIFF'S MOTION FOR EXTENSION OF TIME**

*SUBJECT DECISION*:   Opinion by *Hon*. Holly B. Fitzsimmons, dated 12/19/03

---

The plaintiff in the above-entitled Action, **Winthrop House Association, Inc.** (the "Association"), hereby files this Local Rule 9(b) Motion for Extension of Time with regard to filing its Local Rule 72.2(a) Objection to the 12/19/03 Opinion of the *Hon*. Holly B. Fitzsimmons, with respect to the above-referenced matter, as follows:

1. **The Basis for this Motion**. Subsequent to the 2/12/04 Conference with the Court, at which time the Court issued its Scheduling Order of Briefs, the undersigned has unanticipatedly been involved in the following: (i) significant additional time to research and prepare the 2/25/04 Motion for Summary Judgment (and related documents) in The Calf Island Community Trust, Inc.,

- 1 -

*__Plaintiff's Motion for Extension of Time__*                                                                *__•Dated March 31, 2004__*

*et al.* v. Young Men's Christian Association of Greenwich, *a/k/a, et al.*, No. 3-02-CV-462 (AHN); (ii) significant time to research and prepare a 3/23/04 Supporting Memorandum (on behalf of the Greenwich YMCA) in connection with the Government's 2/25/04 Motion for Partial Summary Judgment on the Pleadings in United States of America v. 28.8 Acres of Land, More or Less, *et al.*, No. 3-03-CV-275 (AHN); and (iii) extensive and newly–arisen multiple pretrial matters with regard to the 5+ − day trial in the Stamford Superior Court in L. Scott Frantz v. Rutherford R. Romaine, *et al.*, No. CV-00-0176623 S, which trial is scheduled to commence on 4/1/04. As a result, although the undersigned has already spent considerable time preparing the Local Rule 72.2(a) Objection and Memorandum, the foregoing matters have caused the need for additional time.

        2.    **Relief Requested**.    The undersigned respectfully requests that the time deadlines for the filings in connection with the Plaintiff's Local Rule 72.2(a) Objection be modified, as follows: (i) the Local Rule 72.2(a) Objection shall be mailed on 5/7/04, instead of 4/16/04; and (ii) the Defendants' Opposition Memoranda shall be mailed 60 days after 5/7/04.

        3.    **Local Rule 9(b)(3) Statements**.    The undersigned has inquired of opposing counsel, who have indicated that they have no position with regard to this Motion. In addition, this is to confirm that no previous Motions for Extension of Time have been requested by any party in connection with the 12/19/03 Opinion, except for: the Plaintiff's 1/30/04 Motion for Extension of Time to request that a briefing schedule for the Plaintiff's Local Rule 72.2(a) Objection be set at the 2/12/04 Conference with the Court.

• DATED March 31, 2004 at Greenwich, Connecticut.

                            PLAINTIFF

By: *[signature]*
       Philip H. Bartels
For:  Holland, Kaufmann & Bartels, LLC
       Its Attorneys
       289 Greenwich Avenue
       Greenwich, CT 06830
       (203) 869-5600 - (FAX) 869-4648
       Federal Bar No. ct06836

### CERTIFICATION

THIS IS TO CERTIFY that a copy of the foregoing shall be mailed this day, postage prepaid, to all formal and informal Counsel of Record, and other relevant persons, on March 31, 2004:

| | |
|---|---|
| Jane I. Milas, Esq.<br>Garcia & Mills<br>44 Trumbull Street<br>New Haven, CT 06510-1001 | Richard M. Dighello, Jr., Esq.<br>Updike, Kelly & Spellacy<br>One State Street<br>P.O. Box 231277<br>Hartford, CT 06123-1277 |
| Thomas W. Witherington, Esq.<br>Cohn Birnbaum & Shea, PC<br>100 Pearl Street<br>Hartford, CT 06103-4500 | Robert A. Rubin, Esq.<br>(The Parties' Mediator)<br>Postner & Rubin<br>17 Battery Place<br>New York, NY 10004-1101 |

                                            *[signature]*
                                            Philip H. Bartels

U:\PHB\CONDOS\WINTHROP\Motion for Extension of Time.wpd