UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT
(at Bridgeport)

FILED
2004 APR -1  A 11: 54
U.S. DISTRICT COURT
BRIDGEPORT, CONN

WINTHROP HOUSE ASSOCIATION, INC., ) Case No.:
) 3-00-CV-328-AHN
)
Plaintiff, )
)
v. )
)
BROOKSIDE ELM ASSOCIATES LIMITED PARTNERSHIP, )
)
)
Defendants. ) March 31, 2004

**PLAINTIFF'S MOTION FOR EXTENSION OF TIME**

SUBJECT DECISION:   Opinion by *Hon.* Holly B. Fitzsimmons, dated 12/19/03

---

The plaintiff in the above-entitled Action, **Winthrop House Association, Inc.** (the "Association"), hereby files this Local Rule 9(b) Motion for Extension of Time with regard to filing its Local Rule 72.2(a) Objection to the 12/19/03 Opinion of the *Hon.* Holly B. Fitzsimmons, with respect to the above-referenced matter, as follows:

1. **The Basis for this Motion.** Subsequent to the 2/12/04 Conference with the Court, at which time the Court issued its Scheduling Order of Briefs, the undersigned has unanticipatedly been involved in the following: (i) significant additional time to research and prepare the 2/25/04 Motion for Summary Judgment (and related documents) in The Calf Island Community Trust, Inc.,

- 1 -