UNITED STATES DISTRICT COURT **FILED**
DISTRICT OF CONNECTICUT
(at Bridgeport)                    2004 MAY 10  A 8: 55

U.S. DISTRICT COURT
BRIDGEPORT, CONN

| WINTHROP HOUSE ASSOCIATION, INC., | ) Case No.: |
| --- | --- |
|  | ) 3-00-CV-328-AHN |
| Plaintiff, | ) |
| v. | ) |
|  | ) |
| BROOKSIDE ELM ASSOCIATES LIMITED PARTNERSHIP, et al., | ) |
|  | ) |
| Defendants. | ) May 7, 2004 |

### PLAINTIFF'S LOCAL RULE 72.2(a) OBJECTION

*SUBJECT DECISION*:   Opinion by *Hon*. Holly B. Fitzsimmons, dated 12/19/03

---

The plaintiff in the above-entitled Action, **Winthrop House Association, Inc.** (the "Association"), respectfully files this Local Rule 72.2(a) Objection with regard to the 12/19/03 Opinion of the *Hon*. Holly B. Fitzsimmons. In support hereof, the Association is filing a Memorandum of Law, of even date herewith, which sets forth the Association's factual and legal bases for its Objection and thus is incorporated herein by reference.

- 1 -

*Plaintiff's Local Rule 72.2(a) Objection*                                                    •*Dated May 7, 2004*

• DATED May 7, 2004 at Greenwich, Connecticut.

|  |  |
|---|---|
| | PLAINTIFF |
| By: | *[signature]* |
| | Philip H. Bartels |
| For: | Holland, Kaufmann & Bartels, LLC |
| | Its Attorneys |
| | 289 Greenwich Avenue |
| | Greenwich, CT 06830 |
| | (203) 869-5600 - (FAX) 869-4648 |
| | Federal Bar No. ct06836 |

### CERTIFICATION

THIS IS TO CERTIFY that a copy of the foregoing shall be mailed this day, postage prepaid, to all Counsel of Record, and to the Mediator, on May 7, 2004:

Jane I. Milas, Esq.
Garcia & Mills
44 Trumbull Street
New Haven, CT 06510-1001

Richard M. Dighello, Jr., Esq.
Updike, Kelly & Spellacy
One State Street
P.O. Box 231277
Hartford, CT 06123-1277

Thomas W. Witherington, Esq.
Cohn Birnbaum & Shea, PC
100 Pearl Street
Hartford, CT 06103-4500

Robert A. Rubin, Esq.
(The Parties' Mediator)
Postner & Rubin
17 Battery Place
New York, NY 10004-1101

*[signature]*
Philip H. Bartels

U:\PHB\CONDOS\WINTHROP\Objection.wpd