UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT
(at Bridgeport)

FILED
2005 SEP 29 P 1: 06
U.S) DISTRICT COURT
BRIDGEPORT, CONN

WINTHROP HOUSE ASSOCIATION, INC.,

        Plaintiff,

v.

BROOKSIDE ELM ASSOCIATES LIMITED PARTNERSHIP, et al.,

        Defendants.

Case No.: 3:00-cv-328-AHN

) September 28, 2005

## THE PLAINTIFF'S MEDIATION REPORT TO THE COURT

The plaintiff in the above–entitled Action, **Winthrop House Association, Inc.**, hereby respectfully files this Report to the Court pursuant to the Court's 6/24/05 Ruling and Order, at p. 23 thereof.

1. **The Mediation**. The parties' second full day of mediation, which was held on 9/26/05, was unsuccessful. The parties and Counsel, however, wish to express their deep appreciation regarding the special work of the Mediator, Robert A. Rubin, P.E. and J.D., in connection with the Mediation.

2. **Joint Request**. The parties jointly and respectfully request that a Status Conference be held with the Court with regard to the next steps in the Case.

3. **Review by Counsel**. Each Counsel has reviewed and approved this Report.

Case 3:00-cv-00328-AHN   Document 64   Filed 09/29/2005   Page 2 of 2

**Winthrop House Association, Inc.**
**v.**
**Brookside Elm Associates Limited Partnership, et al.**   **·Plaintiff's Mediation Report**
**(United States District Court, at Bridgeport, CT)**   **to the Court**

- Dated September 28, 2005 at Greenwich, Connecticut.

**PLAINTIFF**

By: *[signature]* Philip H. Bartels

For: Shipman & Goodwin LLP
Its Attorneys
289 Greenwich Avenue
Greenwich, CT 06830
(203) 869-5600 * (FAX) 869-4648
Federal Bar No. ct06836

### CERTIFICATION

**THIS IS TO CERTIFY** that a copy of the foregoing shall be E–Mailed this day, postage prepaid, to all subject Counsel of Record, and to the Mediator, on September 28, 2005:

Jane I. Milas, Esq.
Garcia & Milas
44 Trumbull Street
New Haven, CT 06510-1001

Richard M. Dighello, Jr. Esq.
Updike, Kelly & Spellacy
One State Street
P.O. Box 231277
Hartford, CT 06123-1277

Robert A. Rubin, Esq.
(The Parties' Mediator)
Postner & Rubin
17 Battery Place
New York, NY 10004-1101

*[signature]*
Philip H. Bartels

#1452 v1 - Winthrop House.CONDOS.Mediation Report to the Court