UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| WINTHROP HOUSE ASSOCIATION, INC., | : | Civil Action No. |
| | : | 300-CV-328 (AHN) |
| Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | |
| BROOKSIDE ELM ASSOCIATES LIMITED | : | |
| PARTNERSHIP, | : | |
| NESK CORPORATION, | : | |
| COMPETROL REAL ESTATE LIMITED, | : | |
| OLAYAN AMERICA CORPORATION | : | |
| COLLINS ENTERPRISES, LLC, | : | |
| COLLINS PROPERTIES, LLC, | : | |
| PREISS/BREISMEISTER P.C., | : | |
| NEIL H. SMITH, | : | |
| EDMOND A. KAVOUNAS, | : | |
| ARTHUR COLLINS II, | : | |
| FREDERICK A. PREISS, and | : | |
| COLLINS CLOSE, LLC, | : | |
| | : | |
| Defendants. | : | |
| | : | October 25, 2005 |
| | : | |

**MOTION FOR EXTENSION OF TIME**

   The defendants, Brookside Elm Associates Limited Partnership, Collins Properties, LLC,

Collins Enterprises, LLC, Collins Close, LLC and Arthur Collins II, pursuant to Rule 7(b), Local

Rules Civ. Pro., respectfully request a forty-five (45) day extension of time, until December 12, 2005, to file their answer or motion addressed to the Complaint.  The present matter has been stayed to a date thirty (30) days past the completion of mediation proceedings.  The parties participated in several mediaton sessions, as well as extensive briefing and oral argument in connection with certain advisory opinions sought.  The final mediation session concluded on September 26, 2005.

     As a result of the stay, there has been no scheduling order finalized with respect to this case.  A status conference is scheduled in this matter for November 2, 2005.  The defendants seek this extension of time so that a schedule of deadlines for pleading, discovery, and other issues contemplated under Rule 26(f) now may be determined at the status conference.

     This is the defendants' second request for an extension of time with respect to this same limitation.  Plaintiff's counsel does not object to this request for extension of time.

                THE DEFENDANTS
                BROOKSIDE ELM ASSOCIATES LIMITED
                PARTNERSHIP
                COLLINS PROPERTIES, LLC
                COLLINS ENTERPRISES, LLC
                ARTHUR COLLINS, II
                COLLINS CLOSE, LLC

                _____/s/_____
                Jane I. Milas
                Garcia & Milas, P.C.
                44 Trumbull Street
                New Haven, CT  06510
                Tel. (203) 773-3824
                Facsimile (203) 782-2312
                Email: jmilas@garciamilas.com
                Federal Bar No. ct01271

**CERTIFICATION**

I hereby certify that on October 25, 2005 a copy of Defendants' Motion for Extension of Time was filed electronically to all parties of record. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

_____/s/_____
Jane I. Milas