UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT
At Bridgeport

---

WINTHROP HOUSE ASSOCIATION, INC. :
   Plaintiff :    CIVIL ACTION NO.
:    3-00-CV-328(AHN)
vs. :
:
BROOKSIDE ELM ASSOCIATES :
LIMITED PARTNERSHIP, ET AL :    OCTOBER 26, 2005
   Defendants :

---

## STIPULATED RULE 6(b)(1) MOTION FOR ENLARGEMENT OF TIME

In accordance with Rule 6(b)(1) of the Federal Rules of Civil Procedure and Local Rule 9, Preiss Breismeister, P.C. and Frederick A. Preiss, defendants in the above-referenced action, respectfully move for an enlargement of time until forty five (45) days from the date of this motion to December 12, 2005. This enlargement of time is requested in order to permit the appearing defendants sufficient time to prepare a responsive pleading. The present matter has been stayed (since approximately 2001) to a date thirty (30) days past the completion of mediation proceedings. The parties participated in several mediation sessions, as well as extensive briefing and oral argument in connection with certain advisory opinions sought. The final mediation session concluded on September 26, 2005.

413925

As a result of this stay, and the span of 4 years between mediation sessions, no scheduling order has been finalized in this case. A status conference is scheduled for November 2, 2005, at which time deadlines for pleading, discovery and other issues contemplated under Rule 26(f) may be determined.

In addition, the counsel for plaintiff, Philip H. Bartels, and counsel for Brookside Elm Associates Limited Partnership, Collins Properties, LLC, Collins Enterprises, LLC, and Arthur Collins II, Jane I. Milas have no objection to this Motion.

Based on the foregoing, defendants Preiss Breismeister, P.C. and Frederick A. Preiss, respectfully submit that good cause exists for this Court to grant their Motion for Enlargement of Time.

<div style="margin-left: 50%">
Respectfully submitted,<br>
DEFENDANTS,<br>
PREISS BREISMEISTER, P.C.<br>
and FREDERICK A. PREISS<br><br>
By: _____<br>
RICHARD M. DIGHELLO, JR., ESQ.<br>
Federal Bar Number ct17521<br>
Updike, Kelly & Spellacy, P.C.<br>
One State Street<br>
Hartford, CT 06123-1277<br>
Tel. (860) 548-2600
</div>

413925

2

## **CERTIFICATION OF SERVICE**

A copy of the foregoing has been mailed by first class mail, postage prepaid, this 26th day of October, 2005 to:

Philip H. Bartels, Esq.
Shipman & Goodman, LLP
289 Greenwich Avenue
Greenwich, CT  06830

Jane I. Milas, Esq.
Garcia & Milas
44 Trumbull Street
New Haven, CT 06510-1001

By: _____
RICHARD M. DIGHELLO, JR., ESQ.
Updike, Kelly & Spellacy, P.C.

413925                                3