UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT
(at Bridgeport)

| | |
|---|---|
| WINTHROP HOUSE ASSOCIATION, INC., ) | Case No.: |
| ) | 3-00-CV-328-AHN |
| Plaintiff, ) | |
| v. ) | |
| ) | |
| BROOKSIDE ELM ASSOCIATES LIMITED PARTNERSHIP, *et al.*, ) | |
| ) | |
| Defendants. ) | October 26, 2005 |

## PLAINTIFF'S RULE 6(b)(1) MOTION FOR ENLARGEMENT OF TIME

RE:   The subject time period within which the plaintiff shall serve the 2/17/00 Complaint and the 5/19/00 First Amended Complaint on the remaining defendants

---

The plaintiff in the above–entitled Action, **Winthrop House Association, Inc.**, hereby respectfully files this Motion pursuant to FRCP 6(b)(1) and Local Rule 7(b)(2), as follows:

1.   **The prior Stipulations**. Counsel for the appearing parties have previously filed Stipulations with the Court with regard to extending the time for the service of the 2/17/00 Complaint and the 5/19/00 First Amended Complaint on the non–appearing defendants, viz.: (i) NESK Corporation; (ii) Competrol Real Estate Limited; (iii) Olayan America Corporation; (iv) Neil H. Smith; and (v) Edmond A. Kavounas. A copy of the most–recent 1/29/02 Motion for Enlargement, as granted by the Court on 2/4/02, is attached hereto.

- 1 -

Case 3:00-cv-00328-AHN   Document 72   Filed 10/28/2005   Page 2 of 9

*Winthrop House Association, Inc.*
v.
*Brookside Elm Associates Limited Partnership, et al.*
*(United States District Court, at Bridgeport, CT)*

·Plaintiff's Rule 6(b)(1) Motion for
Enlargement of Time

2.  **The Request herein**.  The plaintiff respectfully requests that it be given an additional forty–seven (47) days, until Monday 12/12/05, to complete said service of process.

3.  **The Position of the other Counsel**.   Each of the other Counsel of Record has stated that she/he has no position with regard to this Motion.

• **Dated** October 26, 2005 at Greenwich, Connecticut.

                                    **PLAINTIFF**

                              By:   *[signature]*
                                    Philip H. Bartels
                              For:  Shipman & Goodwin LLP
                                    Its Attorneys
                                    289 Greenwich Avenue
                                    Greenwich, CT 06830
                                    (203) 869-5600 * (FAX) 869-4648
                                    Federal Bar No. ct06836

Case 3:00-cv-00328-AHN   Document 72   Filed 10/28/2005   Page 3 of 9

*Winthrop House Association, Inc.*
*v.*
*Brookside Elm Associates Limited Partnership, et al.*   ·*Plaintiff's Rule 6(b)(1) Motion for*
*(United States District Court, at Bridgeport, CT)*   *Enlargement of Time*

# CERTIFICATION

**THIS IS TO CERTIFY** that a copy of the foregoing shall be E–Mailed this day to all subject Counsel of Record, and shall be electronically filed with the Clerk of the Court, on October 26, 2005:

Jane I. Milas, Esq.  
Garcia & Milas  
44 Trumbull Street  
New Haven, CT 06510-1001  

Richard M. Dighello, Jr. Esq.  
Updike, Kelly & Spellacy  
One State Street  
P.O. Box 231277  
Hartford, CT 06123-1277  

Mr. Edmond A. Kavounas  
99 Birch Lane  
Greenwich, CT 06830  

Mr. Neil H. Smith  
NESK Corporation  
505 Park Avenue  
New York, NY 10022  

NESK Corporation  
Competrol Real Estate Limited  
Olayan America Corporation  
c/o Mr. Edmond A. Kavounas  
99 Birch Lane  
Greenwich, CT 06830  

_____  
Philip H. Bartels

#1757 v1 - Winthrop House.CONDOS.Motion for Enlargment of Time

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT
At Bridgeport

---

WINTHROP HOUSE ASSOCIATION, INC.
   Plaintiff

vs.

BROOKSIDE ELM ASSOCIATES
LIMITED PARTNERSHIP, ET AL
   Defendants

CIVIL ACTION NO.
3-00-CV-328(AHN)

JANUARY 29, 2002

---

### STIPULATED RULE 6(b)(1) MOTION FOR ENLARGEMENT OF TIME

RE: **The subject periods within which; (i) the plaintiff shall serve the 2/17/00 Complaint and the 5/19/00 First Amended Complaint on the remaining defendants; (ii) for the appearing defendants to file a responsive pleading; and (iii) to file <u>certain motions (per the 26(f) Report)</u>**

In accordance with Rule 6(b)(1) of the Federal Rules of Civil Procedure and Local Rule 9, Preiss Breismeister, P.C. and Frederick A. Preiss, defendants in the above-referenced action, respectfully move for an enlargement of time within which; (i) the plaintiff shall serve the 2/17/00 Complaint and the 5/19/00 First Amended Complaint on the remaining defendants; (ii) for the appearing defendants to file a responsive pleading; and (iii) to file certain motions (per the 26(f) Report), until a date uncertain of thirty (30) days past the completion of all mediation proceedings.

269507

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT
At Bridgeport

---

| | |
|---|---|
| WINTHROP HOUSE ASSOCIATION, INC.<br>Plaintiff | CIVIL ACTION NO.<br>3-00-CV-328(AHN) |
| vs. | |
| BROOKSIDE ELM ASSOCIATES<br>LIMITED PARTNERSHIP, ET AL<br>Defendants | JANUARY 29, 2002 |

---

### STIPULATED RULE 6(b)(1) MOTION FOR ENLARGEMENT OF TIME

RE:   **The subject periods within which; (i) the plaintiff shall serve the 2/17/00 Complaint and the 5/19/00 First Amended Complaint on the remaining defendants; (ii) for the appearing defendants to file a responsive pleading; and (iii) to file <u>certain motions</u> (per the 26(f) Report)**

---

In accordance with Rule 6(b)(1) of the Federal Rules of Civil Procedure and Local Rule 9, Preiss Breismeister, P.C. and Frederick A. Preiss, defendants in the above-referenced action, respectfully move for an enlargement of time within which; (i) the plaintiff shall serve the 2/17/00 Complaint and the 5/19/00 First Amended Complaint on the remaining defendants; (ii) for the appearing defendants to file a responsive pleading; and (iii) to file certain motions (per the 26(f) Report), until a date uncertain of thirty (30) days past the completion of all mediation proceedings.

269507

This enlargement of time is requested in order to permit the appearing parties sufficient time to complete their mediation proceedings, and still have time prepare a responsive pleading.

The parties have already participated in several mediation hearings. The parties are now awaiting an advisory opinion from Magistrate Judge Fitzsimmons. Briefs were filed with Magistrate Judge Fitzsimmons on 9/18/01. The Magistrate's opinion may have great influence over the parties' ability to settle the case and the parties have agreed to again attempt to resolve this dispute through mediation after Magistrate Fitzsimmons issues the advisory opinion. Therefore, granting this modification and allowing the parties further opportunities to settle this matter through mediation will save judicial resources in that counsels' and the Court's time will not be occupied with the filing of potentially unnecessary pleadings.

In addition, the undersigned has conferred with counsel for plaintiff, Philip H. Bartels, and counsel for Brookside Elm Associates Limited Partnership, Collins Properties, LLC, Collins Enterprises, LLC, and Arthur Collins II, Jane I. Milas, who have no objection to the instant Motion.

269507

Based on the foregoing, defendants Preiss Breismeister, P.C. and Frederick A. Preiss, respectfully submit that good cause exists for this Court to grant their Motion for Enlargement of Time.

        Respectfully submitted,
DEFENDANTS,
PREISS BREISMEISTER, P.C.
and FREDERICK A. PREISS

By: _____
RICHARD M. DIGHELLO, JR., ESQ.
Federal Bar Number ct17521
Updike, Kelly & Spellacy, P.C.
One State Street
Hartford, CT 06123-1277
Tel. (860) 548-2600

269507

## CERTIFICATION OF SERVICE

A copy of the foregoing has been mailed by first class mail, postage prepaid, this 29th day of January, 2002 to:

Philip H. Bartels, Esq.
Holland, Kaufmann & Bartels, LLC
289 Greenwich Avenue
Greenwich, CT  06830

Jane I. Milas, Esq.
Garcia & Milas
44 Trumbull Street
New Haven, CT 06510-1001

Thomas W. Witherington, Esq.
Cohn, Birnbaum & Shea, P.C.
100 Pearl Street
Hartford, CT 06103

John F. Slane, Jr., Esq.
Heagney, Lennon & Slane
248 Greenwich Avenue
Greenwich, CT 06836-7910

Mr. Edmond A. Kavounas
99 Birch Lane
Greenwich, CT  06830

Mr. Neil H. Smith
NESK Corporation
505 Park Avenue
New York, NY  10022

269507

NESK Corporation
Comperol Real Estate Limited
Olayan America Corporation
C/o Mr. Edmond A. Kavounas
99 Birch Lane
Greenwich, CT 06830

Robert A. Rubin, Esq.
Postner & Rubin
17 Battery Place
New York, NY 10004-1101

By: _____
RICHARD M. DIGHELLO, JR., ESQ.
Updike, Kelly & Spellacy, P.C.

269507