UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT
(at Bridgeport)

| | |
|---|---|
| WINTHROP HOUSE ASSOCIATION, INC., | ) Case No.: |
| | ) 3-00-CV-328-AHN |
| Plaintiff, | ) |
| v. | ) |
| | ) |
| BROOKSIDE ELM ASSOCIATES LIMITED PARTNERSHIP, *et al.*, | ) |
| | ) |
| Defendants. | ) December 19, 2005 |

**JOINT MOTION FOR CONTINUANCE AND FOR A RULE 6(b)(1)
ENLARGEMENT OF TIME**

CONTINUANCE
RE:                    The 12/20/05 Status Conference

ENLARGEMENT
OF TIME:    1.    The subject time period within which the plaintiff shall serve the 2/17/00 Complaint and the 5/19/00 First Amended Complaint on the remaining defendants

           2.    The subject time period within which the appearing defendants shall file a responsive pleading or motion

---

The plaintiff in the above–entitled Action, **Winthrop House Association, Inc.,** hereby respectfully files this Joint Motion for Continuance and for an Enlargement of Time, as follows:

1.   **The requested Continuance**. Further to the Court's recommendation at the 11/2/05 Status Conference that the Association and the Declarant meet (without counsel) for further settlement discussions, thus, as of 12/19/05 three face–to–face "client only" meetings will have occurred and more of such meetings are contemplated (probably after the year–end holidays). Thus, all Counsel respectfully request that the 12/20/05 Status Conference be continued until the end of 1/06.

- 1 -

*Winthrop House Association, Inc.*
    *v.*
*Brookside Elm Associates Limited Partnership, et al.*    •*Joint Motion for Continuance and for a Rule 6(b)(1)*
*(United States District Court, at Bridgeport, CT)*    *Enlargement of Time, dated 12/19/05*

    2.    **The requested Enlargement of Time**.

    (a)    **The Association**. The Court has previously extended until 1/17/06 the time for its service of the 2/17/00 Complaint and the 5/19/00 First Amended Complaint on the non–appearing defendants, *viz.*: (i) NESK Corporation; (ii) Competrol Real Estate Limited; (iii) Olayan America Corporation; (iv) Neil H. Smith; and (v) Edmond A. Kavounas.

    (b)    **The appearing Defendants**. The Court has previously extended until 1/17/06 the time for the appearing defendants to file a responsive pleading or motion.

    (c)    **The Request**. All Counsel respectfully request that an Enlargement of Time be granted by the Court until 2/28/06 with regard to undertaking the matters referred to above in Paragraphs 2(a) and (b).

    3.    **The Joint Agreement**. This is to confirm that each of the other Counsel of Record has reviewed this Joint Motion and agrees to this Joint Motion.

*Winthrop House Association, Inc.*
  *v.*
*Brookside Elm Associates Limited Partnership, et al.*         •*Joint Motion for Continuance and for a Rule 6(b)(1)*
*(United States District Court, at Bridgeport, CT)*              *Enlargement of Time, dated 12/19/05*

• **Dated** December 19, 2005 at Greenwich, Connecticut.

                                                    **PLAINTIFF**

                        By:    _____
                               Philip H. Bartels
                        For:   Shipman & Goodwin LLP
                               Its Attorneys
                               289 Greenwich Avenue
                               Greenwich, CT 06830
                               (203) 869-5600 * (FAX) 869-4648
                               Federal Bar No. ct06836


## CERTIFICATION

**THIS IS TO CERTIFY** that a copy of the foregoing shall be E–Mailed this day to all subject Counsel of Record, mailed to the other persons noted below and shall be electronically filed with the Clerk of the Court, on December 19, 2005:

Jane I. Milas, Esq.
Garcia & Milas
44 Trumbull Street
New Haven, CT 06510-1001

Richard M. Dighello, Jr., Esq.
Updike, Kelly & Spellacy
One State Street
P.O. Box 231277
Hartford, CT 06123-1277

Mr. Edmond A. Kavounas
99 Birch Lane
Greenwich, CT 06830

Mr. Neil H. Smith
Chairman
Rockwood Capital Corporation
325 Greenwich Avenue, 3rd. floor
Greenwich, CT 06830

NESK Corporation
Competrol Real Estate Limited
Olayan America Corporation
c/o Mr. Edmond A. Kavounas
99 Birch Lane
Greenwich, CT 06830

_____
Philip H. Bartels