**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**
**(at Bridgeport)**

| | |
|---|---|
| WINTHROP HOUSE ASSOCIATION, INC., | ) Case No.: |
| | ) 3-00-CV-328-AHN |
| Plaintiff, | ) |
| v. | ) |
| | ) |
| BROOKSIDE ELM ASSOCIATES LIMITED PARTNERSHIP, *et al.*, | ) |
| | ) |
| Defendants. | ) April 7, 2006 |

**JOINT MOTION FOR A RULE 6(b)(1) ENLARGEMENT OF TIME**

ENLARGEMENT
OF TIME RE:    1.    The subject time period within which the plaintiff shall serve the 2/17/00 Complaint and the 5/19/00 First Amended Complaint on the remaining defendants

2.    The subject time period within which the appearing defendants shall file a responsive pleading or motion

The plaintiff in the above–entitled Action, **Winthrop House Association, Inc.,** hereby respectfully files this Joint Motion for an Enlargement of Time, as follows:

1.    **The requested Enlargement of Time**.

(a)    **The Association**.    The Court has previously extended until 5/8/06 the time for its service of the 2/17/00 Complaint and the 5/19/00 First Amended Complaint on the non–appearing defendants, *viz.*: (i) NESK Corporation; (ii) Competrol Real Estate Limited; (iii) Olayan America Corporation; (iv) Neil H. Smith; and (v) Edmond A. Kavounas.

- 1 -

*Winthrop House Association, Inc.*
*v.*
*Brookside Elm Associates Limited Partnership, et al.*     *•Joint Motion for a Rule 6(b)(1)*
*(United States District Court, at Bridgeport, CT)*     *Enlargement of Time, dated 4/7/06*

(b)    **The appearing Defendants**.   The Court has previously extended until 5/8/06 the time for the appearing defendants to file a responsive pleading or motion.

(c)    **The Request**.  All Counsel respectfully request that an Enlargement of Time be granted by the Court until 6/14/06 with regard to undertaking the matters referred to above in Paragraphs 1(a) and (b).

2.    **The Joint Agreement**.   This is to confirm that each of the other Counsel of Record has reviewed this Joint Motion and agrees to this Joint Motion.

\*        \*        \*

• **Dated** April 7, 2006 at Greenwich, Connecticut.

**PLAINTIFF**

By:    *Philip H. Bartels*
          Philip H. Bartels
For:    Shipman & Goodwin LLP
          Its Attorneys
          289 Greenwich Avenue
          Greenwich, CT 06830
          (203) 869-5600 * (FAX) 869-4648
          Federal Bar No. ct06836

*Winthrop House Association, Inc.*

*v.*

*Brookside Elm Associates Limited Partnership, et al.*    •*Joint Motion for a Rule 6(b)(1)*
*(United States District Court, at Bridgeport, CT)*    *Enlargement of Time, dated 4/7/06*

## CERTIFICATION

**THIS IS TO CERTIFY** that a copy of the foregoing shall be E–Mailed this day to all subject Counsel of Record, mailed to the other persons noted below and shall be electronically filed with the Clerk of the Court, on April 7, 2006:

Jane I. Milas, Esq.
Garcia & Milas
44 Trumbull Street
New Haven, CT 06510-1001

Richard M. Dighello, Jr., Esq.
Updike, Kelly & Spellacy
One State Street
P.O. Box 231277
Hartford, CT 06123-1277

Mr. Edmond A. Kavounas
99 Birch Lane
Greenwich, CT 06830

Mr. Neil H. Smith
Chairman
Rockwood Capital Corporation
325 Greenwich Avenue, 3rd. floor
Greenwich, CT 06830

NESK Corporation
Competrol Real Estate Limited
Olayan America Corporation
c/o Mr. Edmond A. Kavounas
99 Birch Lane
Greenwich, CT 06830

Philip H. Bartels

#2349 v1 - Winthrop House.CONDOS.Joint Motion for Continuance

- 3 -