UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT
(at Bridgeport)

| | |
|---|---|
| WINTHROP HOUSE ASSOCIATION, INC., | ) Case No.: |
| | ) 3-00-CV-328-AHN |
| Plaintiff, | ) |
| v. | ) |
| | ) |
| BROOKSIDE ELM ASSOCIATES LIMITED PARTNERSHIP, *et al.*, | ) |
| | ) |
| Defendants. | ) August 3, 2006 |

**JOINT MOTION FOR A RULE 6(b)(1) ENLARGEMENT OF TIME**

ENLARGEMENT
OF TIME RE:    1.    The subject time period within which the plaintiff shall serve the 2/17/00 Complaint and the 5/19/00 First Amended Complaint on the remaining defendants

2.    The subject time period within which the appearing defendants shall file a responsive pleading or motion

---

The plaintiff in the above-entitled Action, **Winthrop House Association, Inc.**, hereby respectfully files this Joint Motion for an Enlargement of Time, as follows:

1.    **The requested Enlargement of Time.**

(a)    **The Association.**    The Court has previously extended until 9/15/06 the time for its service of the 2/17/00 Complaint and the 5/19/00 First Amended Complaint on the non-appearing defendants, viz.: (i) NESK Corporation; (ii) Competrol Real Estate Limited; (iii) Olayan America Corporation; (iv) Neil H. Smith; and (v) Edmond A. Kavounas.

- 1 -

Case 3:00-cv-00328-AHN   Document 88   Filed 08/03/2006   Page 2 of 3

*Winthrop House Association, Inc.*
*v.*
*Brookside Elm Associates Limited Partnership, et al.*
*(United States District Court, at Bridgeport, CT)*

•*Joint Motion for a Rule 6(b)(1)*
*Enlargement of Time, dated 8/3/06*

(b) **The appearing Defendants**. The Court has previously extended until 9/15/06 the time for the appearing defendants to file a responsive pleading or motion.

(c) **The Request**. In order to permit the parties to continue their settlement discussions, all Counsel respectfully request that an Enlargement of Time be granted by the Court until 10/31/06 with regard to undertaking the matters referred to above in Paragraphs 1(a) and (b).

2. **The Joint Agreement**. This is to confirm that each of the other Counsel of Record has reviewed this Joint Motion and agrees to this Joint Motion.

\* \* \*

• **Dated** August 3, 2006 at Greenwich, Connecticut.

                      **PLAINTIFF**

By: *[signature]*
      Philip H. Bartels
For:  Shipman & Goodwin LLP
      Its Attorneys
      289 Greenwich Avenue
      Greenwich, CT 06830
      (203) 869-5600 \* (FAX) 869-4648
      Federal Bar No. ct06836

Case 3:00-cv-00328-AHN    Document 88    Filed 08/03/2006    Page 3 of 3

*Winthrop House Association, Inc.*
*v.*
*Brookside Elm Associates Limited Partnership, et al.*
*(United States District Court, at Bridgeport, CT)*

•*Joint Motion for a Rule 6(b)(1)*
*Enlargement of Time, dated 8/3/06*

## CERTIFICATION

**THIS IS TO CERTIFY** that a copy of the foregoing shall be E–Mailed this day to all subject Counsel of Record, mailed to the other persons noted below and shall be electronically filed with the Clerk of the Court, on August 3, 2006:

| | |
|---|---|
| Jane I. Milas, Esq.<br>Garcia & Milas<br>44 Trumbull Street<br>New Haven, CT 06510-1001 | Richard M. Dighello, Jr., Esq.<br>Updike, Kelly & Spellacy<br>One State Street<br>P.O. Box 231277<br>Hartford, CT 06123-1277 |
| Mr. Edmond A. Kavounas<br>99 Birch Lane<br>Greenwich, CT 06830 | Mr. Neil H. Smith<br>Chairman<br>Rockwood Capital Corporation<br>325 Greenwich Avenue, 3rd. floor<br>Greenwich, CT 06830 |
| NESK Corporation<br>Competrol Real Estate Limited<br>Olayan America Corporation<br>c/o Mr. Edmond A. Kavounas<br>99 Birch Lane<br>Greenwich, CT 06830 | |

_____
Philip H. Bartels

#2349 v1 - Winthrop House.CONDOS.Joint Motion for Continuance