UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT
(at Bridgeport)

| | |
|---|---|
| WINTHROP HOUSE ASSOCIATION, INC., | ) Case No.: |
| | ) 3-00-CV-328-AHN |
| Plaintiff, | ) |
| v. | ) |
| | ) |
| BROOKSIDE ELM ASSOCIATES LIMITED PARTNERSHIP, *et al.*, | ) |
| | ) |
| Defendants. | ) October 17, 2006 |

## JOINT MOTION FOR A RULE 6(b)(1) ENLARGEMENT OF TIME

ENLARGEMENT
OF TIME RE:   1.   The subject time period within which the plaintiff shall serve the 2/17/00 Complaint and the 5/19/00 First Amended Complaint on the remaining defendants

2.   The subject time period within which the appearing defendants shall file a responsive pleading or motion

---

The plaintiff in the above–entitled Action, **Winthrop House Association, Inc.**, hereby respectfully files this Joint Motion for an Enlargement of Time, as follows:

1. **The requested Enlargement of Time**.

   (a) **The Association**.   The Court has previously extended until 10/31/06 the time for the plaintiff's service of the 2/17/00 Complaint and the 5/19/00 First Amended Complaint on the non–appearing defendants, *viz.*: (i) NESK Corporation; (ii) Competrol Real Estate Limited; (iii) Olayan America Corporation; (iv) Neil H. Smith; and (v) Edmond A. Kavounas.

- 1 -

Case 3:00-cv-00328-AHN    Document 90    Filed 10/17/2006    Page 2 of 3

*Winthrop House Association, Inc.*
*v.*
*Brookside Elm Associates Limited Partnership, et al.*　　　　　*•Joint Motion for a Rule 6(b)(1)*
*(United States District Court, at Bridgeport, CT)*　　　　　*Enlargement of Time, dated 10/17/06*

(b)　**The appearing Defendants**. The Court has previously extended until 10/31/06 the time for the appearing defendants to file a responsive pleading or motion.

(c)　**The Request**. In order to permit the parties to continue their settlement discussions, and in view of the fact that the appearing defendants have submitted a settlement offer to the plaintiff, dated 9/20/06, which the plaintiff's disclosed experts are now reviewing and will then assist the plaintiff in making a counteroffer, all Counsel respectfully request that an Enlargement of Time be granted by the Court until 12/29/06 with regard to undertaking the matters referred to above in Paragraphs 1(a) and (b).

2.　**The Joint Agreement**. This is to confirm that each of the other Counsel of Record has reviewed this Joint Motion and agrees to this Joint Motion.

\*　　\*　　\*

• **Dated**  October 17, 2006 at Greenwich, Connecticut.

　　　　　　　　　　**PLAINTIFF**

　　　　　　By:　_____
　　　　　　　　　Philip H. Bartels
　　　　　　For:　Shipman & Goodwin LLP
　　　　　　　　　Its Attorneys
　　　　　　　　　289 Greenwich Avenue
　　　　　　　　　Greenwich, CT 06830
　　　　　　　　　(203) 869-5600 * (FAX) 869-4648
　　　　　　　　　Federal Bar No. ct06836

- 2 -

Case 3:00-cv-00328-AHN   Document 90   Filed 10/17/2006   Page 3 of 3

*Winthrop House Association, Inc.*
*v.*
*Brookside Elm Associates Limited Partnership, et al.*　　　　　*•Joint Motion for a Rule 6(b)(1)*
*(United States District Court, at Bridgeport, CT)*　　　　　*Enlargement of Time, dated 10/17/06*

# CERTIFICATION

**THIS IS TO CERTIFY** that a copy of the foregoing shall be E–Mailed this day to all subject Counsel of Record, mailed to the other persons noted below and shall be electronically filed with the Clerk of the Court, on October 17, 2006:

Jane I. Milas, Esq.
Garcia & Milas
44 Trumbull Street
New Haven, CT 06510-1001

Richard M. Dighello, Jr., Esq.
Updike, Kelly & Spellacy
One State Street
P.O. Box 231277
Hartford, CT 06123-1277

Mr. Edmond A. Kavounas
Executive Managing Director
Rockwood Capital, LLC
Two Embarcadero Center
Suite 2360
San Francisco, CA 94111

Mr. Neil H. Smith
Senior Director
Rockwood Capital, LLC
Two Embarcadero Center
Suite 2360
San Francisco, CA 94111

NESK Corporation
Competrol Real Estate Limited
Olayan America Corporation
c/o Mr. Edmond A. Kavounas
Rockwood Capital, LLC
Two Embarcadero Center
Suite 2360
San Francisco, CA 94111

_____
Philip H. Bartels

#2349 v1A - Winthrop House.CONDOS.Joint Motion for Continuance