## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT
## (at Bridgeport)

| | |
|---|---|
| WINTHROP HOUSE ASSOCIATION, INC., | ) Case No.: |
| | ) 3-00-CV-328-AHN |
| Plaintiff, | ) |
| v. | ) |
| | ) |
| BROOKSIDE ELM ASSOCIATES LIMITED PARTNERSHIP, *et al*., | ) |
| | ) |
| Defendants. | ) March 29, 2007 |


### JOINT MOTION FOR A RULE 6(b)(1) ENLARGEMENT OF TIME

ENLARGEMENT
OF TIME RE:   1.    The subject time period within which the plaintiff shall serve the 2/17/00 Complaint and the 5/19/00 First Amended Complaint on the remaining <u>defendants</u>

             2.    The subject time period within which the appearing defendants shall file <u>a responsive pleading or motion</u>

The plaintiff in the above–entitled Action, **Winthrop House Association, Inc.**, hereby respectfully files this Joint Motion for an Enlargement of Time, as follows:

1.     **The requested Enlargement of Time**.

(a)    **The Association**.   The Court has previously extended until <u>3/31/07</u> the time for the plaintiff's service of the 2/17/00 Complaint and the 5/19/00 First Amended Complaint on the non–appearing defendants, <u>*viz.*</u>: (i) NESK Corporation; (ii) Competrol Real Estate Limited; (iii) Olayan America Corporation; (iv) Neil H. Smith; and (v) Edmond A. Kavounas.

*Winthrop House Association, Inc.*
*v.*
*Brookside Elm Associates Limited Partnership, et al.*     •*Joint Motion for a Rule 6(b)(1)*
*(United States District Court, at Bridgeport, CT)*     *Enlargement of Time, dated 3/29/07*

(b)    **The appearing Defendants**.    The Court has previously extended until 3/31/07 the time for the appearing defendants to file a responsive pleading or motion.

(c)    **The Request**.    In order to permit the parties to continue their settlement discussions, and in view of the fact that Arthur Collins, II (as the representative of the principal appearing defendants), Robert Follert (as President of the plaintiff) and Kenneth Gibble, P.E. (as a principal expert of the plaintiff) met on 3/26/07 as part of the continuing settlement discussion process, and as a result thereof the principal appearing defendants anticipate that they will submit an amended settlement proposal next week, thus, all Counsel respectfully request that an Enlargement of Time be granted by the Court until 5/31/07 with regard to undertaking the matters referred to above in Paragraphs 1(a) and (b).

2.    **The Joint Agreement**.    This is to confirm that each of the other Counsel of Record has approved the timeframes set forth in this Joint Motion and agrees to this Joint Motion.

\*        \*        \*

*Winthrop House Association, Inc.*
      *v.*
*Brookside Elm Associates Limited Partnership, et al.*         •*Joint Motion for a Rule 6(b)(1)*
*(United States District Court, at Bridgeport, CT)*         *Enlargement of Time, dated 3/29/07*

• **Dated** March 29, 2007 at Greenwich, Connecticut.

**PLAINTIFF**

By:      _Philip H. Bartels_
        Philip H. Bartels
For:    Shipman & Goodwin LLP
        Its Attorneys
        289 Greenwich Avenue
        Greenwich, CT 06830
        (203) 869-5600 * (FAX) 869-4648
        Federal Bar No. ct06836

## CERTIFICATION

    **THIS IS TO CERTIFY** that a copy of the foregoing shall be E–Mailed this day to all subject Counsel of Record, mailed to the other persons noted below and shall be electronically filed with the Clerk of the Court, on March 29, 2007:

Jane I. Milas, Esq.
Garcia & Milas
44 Trumbull Street
New Haven, CT 06510-1001

Richard M. Dighello, Jr., Esq.
Updike, Kelly & Spellacy
One State Street
P.O. Box 231277
Hartford, CT 06123-1277

Mr. Edmond A. Kavounas
Executive Managing Director
Rockwood Capital, LLC
Two Embarcadero Center
Suite 2360
San Francisco, CA 94111

Mr. Neil H. Smith
Senior Director
Rockwood Capital, LLC
Two Embarcadero Center
Suite 2360
San Francisco, CA 94111

NESK Corporation
Competrol Real Estate Limited
Olayan America Corporation
c/o Mr. Edmond A. Kavounas
Rockwood Capital, LLC
Two Embarcadero Center
Suite 2360
San Francisco, CA 94111

_Philip H. Bartels_
Philip H. Bartels

#2349 v1A - Winthrop House.CONDOS.Joint Motion for Continuance