UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT
<u>(at Bridgeport)</u>

| | |
|---|---|
| WINTHROP HOUSE ASSOCIATION, INC., | ) Case No.: |
| | ) 3-00-CV-328-AHN |
| Plaintiff, | ) |
| v. | ) |
| | ) |
| BROOKSIDE ELM ASSOCIATES LIMITED PARTNERSHIP, *et al.*, | ) |
| | ) |
| Defendants. | ) May 30, 2007 |

### **<u>JOINT MOTION FOR A RULE 6(b)(1) ENLARGEMENT OF TIME</u>**

ENLARGEMENT
OF TIME RE:   1.   The subject time period within which the plaintiff shall serve the 2/17/00 Complaint and the 5/19/00 First Amended Complaint on the remaining <u>defendants</u>

2.   The subject time period within which the appearing defendants shall file <u>a responsive pleading or motion</u>

---

The plaintiff in the above–entitled Action, **Winthrop House Association, Inc.,** hereby respectfully files this Joint Motion for an Enlargement of Time, as follows:

1.   **<u>The requested Enlargement of Time</u>**.

(a)   **<u>The Association</u>**.   The Court has previously extended until <u>5/31/07</u> the time for the plaintiff's service of the 2/17/00 Complaint and the 5/19/00 First Amended Complaint on the non–appearing defendants, <u>viz.</u>: (i) NESK Corporation; (ii) Competrol Real Estate Limited; (iii) Olayan America Corporation; (iv) Neil H. Smith; and (v) Edmond A. Kavounas.

- 1 -

Case 3:00-cv-00328-AHN    Document 96    Filed 05/30/2007    Page 2 of 3

*Winthrop House Association, Inc.*
*v.*
*Brookside Elm Associates Limited Partnership, et al.*
*(United States District Court, at Bridgeport, CT)*
•*Joint Motion for a Rule 6(b)(1)*
*Enlargement of Time, dated 5/30/07*

(b)   **The appearing Defendants**.  The Court has previously extended until 5/31/07 the time for the appearing defendants to file a responsive pleading or motion.

(c)   **The Request**.  In order to permit the parties to continue their settlement discussions, and in view of the fact that Arthur Collins, II (as the representative of the principal appearing defendants) submitted an amended settlement proposal on or about 5/24/07 to Robert Follert (as President of the plaintiff), as part of the continuing settlement discussion process, thus, all Counsel respectfully request that an Enlargement of Time be granted by the Court until 7/31/07 with regard to undertaking the matters referred to above in Paragraphs 1(a) and (b).

2.   **The Joint Agreement**.  This is to confirm that each of the other Counsel of Record has approved the timeframes set forth in this Joint Motion and agrees to this Joint Motion.

*       *       *

*Winthrop House Association, Inc.*
*v.*
*Brookside Elm Associates Limited Partnership, et al.*
*(United States District Court, at Bridgeport, CT)*

•*Joint Motion for a Rule 6(b)(1)*
*Enlargement of Time, dated 5/30/07*

• **Dated** May 30, 2007 at Greenwich, Connecticut.

                                     **PLAINTIFF**

By: _____
      Philip H. Bartels
For: Shipman & Goodwin LLP
      Its Attorneys
      289 Greenwich Avenue
      Greenwich, CT 06830
      (203) 869-5600 * (FAX) 869-4648
      Federal Bar No. ct06836

## CERTIFICATION

    **THIS IS TO CERTIFY** that a copy of the foregoing shall be E–Mailed this day to all subject Counsel of Record, mailed to the other persons noted below and shall be electronically filed with the Clerk of the Court, on May 30, 2007:

Jane I. Milas, Esq.
Garcia & Milas
44 Trumbull Street
New Haven, CT 06510-1001

Richard M. Dighello, Jr., Esq.
Updike, Kelly & Spellacy
One State Street
P.O. Box 231277
Hartford, CT 06123-1277

Mr. Edmond A. Kavounas
Executive Managing Director
Rockwood Capital, LLC
Two Embarcadero Center
Suite 2360
San Francisco, CA 94111

Mr. Neil H. Smith
Senior Director
Rockwood Capital, LLC
Two Embarcadero Center
Suite 2360
San Francisco, CA 94111

NESK Corporation
Competrol Real Estate Limited
Olayan America Corporation
c/o Mr. Edmond A. Kavounas
Rockwood Capital, LLC
Two Embarcadero Center
Suite 2360
San Francisco, CA 94111

_____
Philip H. Bartels

#2349 v1A - Winthrop House.CONDOS.Joint Motion for Continuance