UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT
(at Bridgeport)

| | |
|---|---|
| WINTHROP HOUSE ASSOCIATION, INC., | ) Case No.: |
| | ) 3-00-CV-328-AHN |
| Plaintiff, | ) |
| v. | ) |
| | ) |
| BROOKSIDE ELM ASSOCIATES LIMITED PARTNERSHIP, *et al.*, | ) |
| | ) |
| Defendants. | ) August 28, 2007 |

### JOINT MOTION FOR A RULE 6(b)(1) ENLARGEMENT OF TIME

ENLARGEMENT
OF TIME RE:  1.  The subject time period within which the plaintiff shall serve the 2/17/00 Complaint and the 5/19/00 First Amended Complaint on the remaining defendants

2.  The subject time period within which the appearing defendants shall file a responsive pleading or motion

---

The plaintiff in the above–entitled Action, **Winthrop House Association, Inc.**, hereby respectfully files this Joint Motion for an Enlargement of Time, as follows:

1.  **The requested Enlargement of Time.**

    (a)  **The Association**. The Court has previously extended until 7/31/07 the time for the plaintiff's service of the 2/17/00 Complaint and the 5/19/00 First Amended Complaint on the non–appearing defendants, *viz.*: (i) NESK Corporation; (ii) Competrol Real Estate Limited; (iii) Olayan America Corporation; (iv) Neil H. Smith; and (v) Edmond A. Kavounas.

- 1 -

Case 3:00-cv-00328-AHN    Document 100    Filed 08/28/2007    Page 2 of 3

*Winthrop House Association, Inc.*
*v.*
*Brookside Elm Associates Limited Partnership, et al.*              •*Joint Motion for a Rule 6(b)(1)*
*(United States District Court, at Bridgeport, CT)*                  *Enlargement of Time, dated 8/28/07*

(b)   **The appearing Defendants**.  The Court has previously extended until 8/31/07 the time for the appearing defendants to file a responsive pleading or motion.

(c)   **The Request**.  In order to permit the parties to conclude the final aspects of their settlement, *viz*., the completion of the drafting of the settlement documents and the execution thereof, thus, all Counsel respectfully request that an Enlargement of Time be granted by the Court until 9/30/07 with regard to undertaking the matters referred to above in Paragraphs 1(a) and (b).

2.   **The Joint Agreement**.  This is to confirm that each of the other Counsel of Record has approved the timeframes set forth in this Joint Motion and agrees to this Joint Motion.

                              *   *   *

• **Dated** August 28, 2007 at Greenwich, Connecticut.

                              **PLAINTIFF**

                         By:  *[signature]*
                              Philip H. Bartels
                         For: Shipman & Goodwin LLP
                              Its Attorneys
                              289 Greenwich Avenue
                              Greenwich, CT 06830
                              (203) 869-5600 * (FAX) 869-4648
                              Federal Bar No. ct06836

Case 3:00-cv-00328-AHN    Document 100    Filed 08/28/2007    Page 3 of 3

*Winthrop House Association, Inc.*
*v.*
*Brookside Elm Associates Limited Partnership, et al.*
*(United States District Court, at Bridgeport, CT)*

*•Joint Motion for a Rule 6(b)(1)
Enlargement of Time, dated 8/28/07*

# CERTIFICATION

**THIS IS TO CERTIFY** that a copy of the foregoing shall be E–Mailed this day to all subject Counsel of Record, mailed to the other persons noted below and shall be electronically filed with the Clerk of the Court, on August 28, 2007:

Jane I. Milas, Esq.
Garcia & Milas
44 Trumbull Street
New Haven, CT 06510-1001

Richard M. Dighello, Jr., Esq.
Updike, Kelly & Spellacy
One State Street
P.O. Box 231277
Hartford, CT 06123-1277

Mr. Edmond A. Kavounas
Executive Managing Director
Rockwood Capital, LLC
Two Embarcadero Center
Suite 2360
San Francisco, CA 94111

Mr. Neil H. Smith
Senior Director
Rockwood Capital, LLC
Two Embarcadero Center
Suite 2360
San Francisco, CA 94111

NESK Corporation
Competrol Real Estate Limited
Olayan America Corporation
c/o Mr. Edmond A. Kavounas
Rockwood Capital, LLC
Two Embarcadero Center
Suite 2360
San Francisco, CA 94111

Philip H. Bartels

#2349 v1A - Winthrop House.CONDOS.Joint Motion for Continuance