UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT
(at Bridgeport)

| | |
|---|---|
| WINTHROP HOUSE ASSOCIATION, INC., ) | Case No.: |
| ) | 3-00-CV-328-AHN |
| Plaintiff, ) | |
| v.  ) | |
| ) | |
| BROOKSIDE ELM ASSOCIATES LIMITED PARTNERSHIP, et al., ) | |
| ) | |
| Defendants. ) | October 18, 2007 |

## STIPULATION FOR DISMISSAL

The parties in the above–entitled Action, the plaintiff, **Winthrop House Association, Inc.**, and the appearing defendants, **Brookside Elm Associates Limited Partnership; Collins Enterprises, LLC; Collins Properties, LLC; Arthur Collins, II; Preiss/Breismeister P.C.; Frederick A. Preiss;** and **Collins Close, LLC,** hereby stipulate and agree as follows:

1. **Withdrawal of the Action.** As to each appearing defendant and as to each non-appearing defendant, the plaintiff hereby withdraws the above-entitled Action with prejudice, including without limitation each claim set forth in the plaintiff's 2/17/00 Complaint and its 5/19/00 First Amended Complaint. Correlatively, each appearing defendant hereby waives any claim(s) it may have against the plaintiff.

*Winthrop House Association, Inc.*
*v.*
*Brookside Elm Associates Limited Partnership, et al.*     •*Stipulation for Dismissal*
*(United States District Court, at Bridgeport, CT)*     *Dated 10/18/07*

2. **Payments**. Any payments, due from one or more of the parties to any one or more of the other parties, in connection with the settlement of this Action, shall be received no later than 30 days after the execution of the Release by all the parties, or by October 31, 2007, whichever date earlier occurs.

3. **Confidentiality**. The parties agree that they shall keep confidential any settlement amount that may be paid in this Action. Provided, however: (i) the plaintiff is entitled to inform its current lender, Hudson City Savings Bank ("HCSB"), of any settlement amount so long as HCSB agrees to keep the settlement amount confidential; and (ii) the defendants shall be entitled to disclose the settlement amount to third parties such as attorneys, accountants and insurance company representatives when required by law or for related and legitimate business purposes.

4. **No Costs**. The plaintiff and the appearing defendants shall be responsible for their own legal fees, costs and expenses, including attorneys' fees, experts' fees and any other expenses, in connection with this Action.

\*    \*    \*

*Winthrop House Association, Inc.*
　　v.
*Brookside Elm Associates Limited Partnership, et al.*　　　　　　　　•*Stipulation for Dismissal*
*(United States District Court, at Bridgeport, CT)*　　　　　　　　　　*Dated 10/18/07*

• Dated October 18, 2007 at Greenwich, Connecticut.

　　　　　　　　　　　　　　　　PLAINTIFF

　　　　　　　　　By:　　_____
　　　　　　　　　　　　　Philip H. Bartels
　　　　　　　　　For:　　Shipman & Goodwin LLP
　　　　　　　　　　　　　Its Attorneys
　　　　　　　　　　　　　289 Greenwich Avenue
　　　　　　　　　　　　　Greenwich, CT 06830
　　　　　　　　　　　　　(203) 869-5600 * (FAX) 869-4648
　　　　　　　　　　　　　Federal Bar No. ct06836


• Dated October 18, 2007 at New Haven, Connecticut.

　　　　　　　　　　　　　　　　DEFENDANTS
　　　　　　　　　　　　　　　　BROOKSIDE ELM ASSOCIATES LIMITED
　　　　　　　　　　　　　　　　　　　PARTNERSHIP
　　　　　　　　　　　　　　　　COLLINS ENTERPRISES, LLC
　　　　　　　　　　　　　　　　COLLINS PROPERTIES, LLC
　　　　　　　　　　　　　　　　ARTHUR COLLINS, II
　　　　　　　　　　　　　　　　COLLINS CLOSE, LLC

　　　　　　　　　By:　　_____
　　　　　　　　　　　　　Jane I. Milas
　　　　　　　　　For:　　Garcia & Milas
　　　　　　　　　　　　　Their Attorneys
　　　　　　　　　　　　　44 Trumbull Street
　　　　　　　　　　　　　New Haven, CT 06510-1001
　　　　　　　　　　　　　(203) 773-3824
　　　　　　　　　　　　　Federal Bar No. ct01271

*Winthrop House Association, Inc.*
    *v.*
*Brookside Elm Associates Limited Partnership, et al.*     •*Stipulation for Dismissal*
*(United States District Court, at Bridgeport, CT)*     *Dated 10/18/07*

• Dated October 18, 2007 at Hartford, Connecticut.

        DEFENDANTS
        PREISS/BREISMEISTER, P.C.
        FREDERICK A. PREISS

By: _____
        Richard M. Dighello, Jr.
For:  Updike, Kelly & Spellacy
       Their Attorneys
       One State Street
       P.O. Box 231277
       Hartford, CT 06123-1277
       (860) 548-2600
       Federal Bar No. ct17521

## CERTIFICATION

THIS IS TO CERTIFY that a copy of the foregoing shall be mailed or e-mailed this day to all subject Counsel of Record, mailed to the other persons noted below and shall be electronically filed with the Clerk of the Court, on October ____, 2007:

Jane I. Milas, Esq.                        Richard M. Dighello, Jr., Esq.
Garcia & Milas                               Updike, Kelly & Spellacy
44 Trumbull Street                       One State Street
New Haven, CT 06510-1001         P.O. Box 231277
                                                   Hartford, CT 06123-1277

Mr. Edmond A. Kavounas           Mr. Neil H. Smith
Executive Managing Director        Senior Director
Rockwood Capital, LLC              Rockwood Capital, LLC
Two Embarcadero Center            Two Embarcadero Center
Suite 2360                                        Suite 2360
San Francisco, CA 94111             San Francisco, CA 94111

NESK Corporation
Competrol Real Estate Limited
Olayan America Corporation
c/o Mr. Edmond A. Kavounas
Rockwood Capital, LLC
Two Embarcadero Center
Suite 2360
San Francisco, CA 94111

                                                        _____
                                                        Philip H. Bartels

#8864 v1 - Winthrop House.Stipulation for Dismissal

*Winthrop House Association, Inc.*
   *v.*
*Brookside Elm Associates Limited Partnership, et al.*          •*Stipulation for Dismissal*
*(United States District Court, at Bridgeport, CT)*              *Dated 10/18/07*

• **Dated** October ____, 2007 at Hartford, Connecticut.

DEFENDANTS
PREISS/BREISMEISTER, P.C.
FREDERICK A. PREISS

By: _____
   Richard M. Dighello, Jr.
For: Updike, Kelly & Spellacy
   Their Attorneys
   One State Street
   P.O. Box 231277
   Hartford, CT 06123-1277
   (860) 548-2600
   Federal Bar No. ct17521

## CERTIFICATION

**THIS IS TO CERTIFY** that a copy of the foregoing shall be mailed or e-mailed this day to all subject Counsel of Record, mailed to the other persons noted below and shall be electronically filed with the Clerk of the Court, on October **30**, 2007:

Jane I. Milas, Esq.
Garcia & Milas
44 Trumbull Street
New Haven, CT 06510-1001

Richard M. Dighello, Jr., Esq.
Updike, Kelly & Spellacy
One State Street
P.O. Box 231277
Hartford, CT 06123-1277

Mr. Edmond A. Kavounas
Executive Managing Director
Rockwood Capital, LLC
Two Embarcadero Center
Suite 2360
San Francisco, CA 94111

Mr. Neil H. Smith
Senior Director
Rockwood Capital, LLC
Two Embarcadero Center
Suite 2360
San Francisco, CA 94111

NESK Corporation
Competrol Real Estate Limited
Olayan America Corporation
c/o Mr. Edmond A. Kavounas
Rockwood Capital, LLC
Two Embarcadero Center
Suite 2360
San Francisco, CA 94111

_____
Philip H. Bartels

#8864 v1 - Winthrop House.Stipulation for Dismissal